# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| EDWARD SANCHEZ, | ) | |
| Movant, | ) ) ) | |
| v. | ) | No. 1:14CV43SNLJ |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on movant's motion to proceed in forma pauperis on appeal. Upon review of the financial affidavit, the Court has determined that movant is unable to pay the full amount of the appellate filing fee. Consequently, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to proceed in forma pauperis on appeal [#7] is **GRANTED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 22nd day of April, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE